Rico Latrell BURNETT, Petitioner-
Appellant,

v.

Harold W. CLARKE, Director,
Respondent-Appellee.

No. 17-6845

United States Court of Appeals,
Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

David Bernard Hargett, HARGETT
LAW, PLC, Glen Allen, Virginia, for Ap-
pellant. Robert H. Anderson, III, OFFICE
OF THE ATTORNEY GENERAL OF

VIRGINIA, Richmond, Virginia, for Appellee.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rico Latrell Burnett appeals the district court's orders denying his motion pursuant to Fed. R. App. 4(a)(5)(A) for an extension of time to file a notice of appeal from the order denying relief in his 28 U.S.C. § 2254 (2012) petition. We have reviewed the record and find no abuse of discretion by the district court in denying the motion for an extension of time. *See Thompson v. E.I. DuPont de Nemours & Co.*, 76 F.3d 530, 534 (4th Cir. 1996) (" 'Excusable neglect' is not easily demonstrated, nor was it meant to be."). We therefore affirm for the reasons stated by the district court, *Burnett v. Clarke*, No. 2:16-cv-00177-MSD-LRL (E.D. Va. June 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*